FILED
AUG 26 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| Al Andalus General Contracts Co., Plaintiff, v. United States of America, Defendant. | No. 08-599 C |

**PLAINTIFF'S RCFC 7.1 DISCLOSURE STATEMENT**

I, the undersigned counsel of record for Al Andalus General Contracts Co. ("Al Andalus"), certify to the best of my knowledge and belief, that (i) Al Andalus does not have a parent company, and (ii) no publicly held corporation owns 10% or more of Al Andalus' stock.

Respectfully submitted,

David T. Ralston, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4097
Facsimile 202.672.5399

*Counsel of Record for Plaintiff*
*Al Andalus General Contracts Co.*

OF COUNSEL:
Frank S. Murray
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4163
Facsimile 202.672.5399

Dated: August 26, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2008, a true and correct copy of the foregoing Plaintiff's RCFC 7.1 Disclosure Statement was served by e-mail upon the following:

Joseph Pixley, Esq.
United States Department of Justice
Suite 11138
1100 L Street, N.W.
Washington, D.C. 20001
Phone: (202) 307-0843
Facsimile: (202) 514-7965
joe.pixley@usdoj.gov

Frank S. Murray