ORIGINAL ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
AUG 26 2008
U.S. COURT OF FEDERAL CLAIMS

**AL ANDALUS GENERAL CONTRACTS CO.**
Palestine Street
Hay Al-Mustnsira 506/31/8
Baghdad, Iraq

**Plaintiff,**

v.

**UNITED STATES OF AMERICA,**

**Defendant.**

08-599 C
No. ______________

**PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Plaintiff, Al Andalus General Contracts Co. ("Al Andalus"), by its undersigned attorneys, hereby moves the Court pursuant to Appendix C, Rule 4 of the Rules of the Court of Federal Claims ("RCFC") for leave to file its Complaint under seal.

In support of this Motion, Al Andalus states as follows:

1. Al Andalus' Complaint contains detailed information regarding the contents of Al Andalus' technical proposal for Solicitation W917BG-08-R-0044, as well as detailed information regarding the U.S. Army Corps of Engineers' evaluation and scoring of Al Andalus' technical proposal. Such information regarding the contents and evaluation of Al Andalus' technical proposal constitutes confidential, proprietary, or competition-sensitive information which requires protection from public scrutiny, lest Al Andalus be substantially prejudiced by invoking its right to pursue a bid protest before this Court. Accordingly, Al Andalus respectfully requests that the Court grant this Motion and allow Al Andalus to file its Complaint under seal

and issue an appropriate protective order in order to ensure the protection of the confidential, proprietary, or competition-sensitive information contained therein.

2. In accordance with the Court's Rules, Al Andalus has attached a redacted version of its Complaint which omits confidential, proprietary or competition-sensitive information and is therefore available for public scrutiny.

WHEREFORE, Plaintiff requests that its Motion be granted.

Respectfully submitted,

David T. Ralston, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4097
Facsimile 202.672.5399

*Counsel of Record for Plaintiff*
*Al Andalus General Contracts Co.*

OF COUNSEL:
Frank S. Murray
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4163
Facsimile 202.672.5399

Dated: August 26, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2008, a true and correct copy of the foregoing Plaintiff's Motion For Leave To File Complaint Under Seal was served by e-mail upon the following:

Joseph Pixley, Esq.
United States Department of Justice
Suite 11138
1100 L Street, N.W.
Washington, D.C. 20001
Phone: (202) 307-0843
Facsimile: (202) 514-7965
E-mail: joe.pixley@usdoj.gov

Frank S. Murray