ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **AL ANDALUS GENERAL CONTRACTS CO.**<br>Palestine Street<br>Hay Al-Mustnsira 506/31/8<br>Baghdad, Iraq<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | No. 08-599 C |

**PLAINTIFF'S MOTION FOR**
**ENTRY OF A PROTECTIVE ORDER**

Plaintiff, Al Andalus General Contracts Co. ("Al Andalus"), by its undersigned attorneys, hereby moves the Court pursuant to Appendix C, Rule 17 of the Rules of the Court of Federal Claims ("RCFC") for entry of a protective order in the above-captioned proceeding.

In support of this Motion, Al Andalus states as follows:

1. The pleadings and supporting documents filed by Al Andalus in this proceeding contain detailed information regarding the contents of Al Andalus' technical proposal for Solicitation W917BG-08-R-0044, as well as detailed information regarding the U.S. Army Corps of Engineers' evaluation and scoring of Al Andalus' technical proposal. Such information regarding the contents and evaluation of Al Andalus' technical proposal constitutes confidential, proprietary, or competition-sensitive information which requires protection from public scrutiny, lest Al Andalus be substantially prejudiced by invoking its right to pursue a bid protest before this Court.

2. Moreover, the documents that will comprise the Administrative Record in this proceeding will also contain substantial amounts of confidential, proprietary, or competition-sensitive information regarding Al Andalus, other offerors, and the source selection process in the procurement at issue, which information requires protection from public scrutiny.

3. Under the Rules of this Court, a protective order is the principal vehicle relied upon by the Court to ensure protection of sensitive information. Accordingly, Al Andalus respectfully requests that the Court grant this Motion and enter a protective order consistent with the sample protective order found at RCFC, Appendix of Forms, Form 8.

WHEREFORE, Plaintiff requests that its Motion be granted.

Respectfully submitted,

David T. Ralston, Jr.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4097
Facsimile 202.672.5399

*Counsel of Record for Plaintiff*
*Al Andalus General Contracts Co.*

OF COUNSEL:
Frank S. Murray
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4163
Facsimile 202.672.5399

Dated: August 26, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2008, a true and correct copy of the foregoing Plaintiff's Motion For Entry Of A Protective Order was served by e-mail upon the following:

Joseph Pixley, Esq.
United States Department of Justice
Suite 11138
1100 L Street, N.W.
Washington, D.C. 20001
Phone: (202) 307-0843
Facsimile: (202) 514-7965
E-mail: joe.pixley@usdoj.gov

Frank S. Murray