# In the United States Court of Federal Claims

**No. 08-599C**
**(Filed: August 27, 2008)**

* * * * * * * * * * * * * * * * * *

**AL ANDALUS GENERAL CONTRACTOR CO.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER ON MOTION**

Plaintiff's motion, filed August 26, 2008, for leave to file its complaint under seal is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge