# In the United States Court of Federal Claims

**No. 08-599C**
**(Filed: August 27, 2008)**

* * * * * * * * * * * * * * * * *

**AL ANDALUS GENERAL CONTRACTOR CO.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## O R D E R

Based on discussions during the August 27, 2008 status conference, the court sets the following schedule in the above-captioned case:

| | |
|---|---|
| **September 8, 2008** | Defendant shall file an electronic version of the Administrative Record on CD-ROM. |
| **September 26, 2008** | Plaintiff shall filed its motion for Judgment upon the Administrative Record. |
| **October 17, 2008** | Defendant shall file its cross-motion for Judgment upon the Administrative Record and response to the plaintiff's motion. |
| **October 24, 2008** | Plaintiff shall file its response to defendant's cross-motion and reply in support of its motion. |
| **October 31, 2008** | Defendant shall file its reply in support of its cross-motion. |

The parties shall provide the court with a courtesy copy of their briefs in **non-PDF electronic format** (Wordperfect) via e-mail to the following address: “firestone_chambers@ao.uscourts.gov”.

In the event that the defendant learns that the U.S. Army Corps of Engineers plans to issue a solicitation for a task order under the protested contracts, the government shall provide the court and the plaintiff with notice at least twenty-one days in advance of the intended solicitation.

Oral Argument on the parties’ cross-motions for Judgment upon the Administrative Record shall be heard on **Monday, November 24, 2008 at 10:00 am eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place N.W, Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number will be posted in the lobby on the day of the argument.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge