# In the United States Court of Federal Claims

**No. 08-599C**
**(Filed: August 28, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **AL ANDALUS GENERAL** | * |
| **CONTRACTOR CO.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**O R D E R**

As discussed during the August 27, 2008 status conference, the parties shall address, in their motions for Judgment upon the Administrative Record, the plaintiff's jurisdiction before this court. Specifically, the parties shall address whether 28 U.S.C. § 2502 impacts the plaintiff's standing in this case.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge