IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AL ANDALUS GENERAL CONTRACTS CO. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-599C |
| | ) | (Judge Firestone) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Defendant, the United States, respectfully requests that the Court amend the scheduling order as follows. First, we request a 3-day extension of time, to and including September 11, 2008, within which to file the administrative record. The administrative record is currently due September 8, 2008. Furthermore, we respectfully request that the Court extend the deadlines for filing briefs, as stated in the scheduling order, by 3 days. We do not request any change in the hearing date, which is scheduled for November 24, 2008. This is our first request to amend the scheduling order for these reasons. Plaintiff's counsel does not oppose our request.

As undersigned defendant's counsel explained during the status conference on August 27, 2008, the bulk of documents to be submitted as part of the administrative record are already in electronic form. However, we have since learned from our agency field office in Iraq that there are a set of documents that are only in paper form. The agency field office has sent copies of these documents to us, which we expect to receive by Saturday, September 6, 2008. The additional time requested will permit the Government to review, scan, and incorporate these paper documents into the administrative record, which we will then place on CD-ROM for filing, pursuant to the Court's order.

Moreover, in light of the requested delay to file the administrative record, a corresponding, 3-day extension of the briefing schedule will afford counsel for both parties the opportunity to review the administrative record, and to prepare responsive and comprehensive briefs in this complex case. For these reasons, we respectfully request that the Court grant our unopposed motion to amend the scheduling order.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit 8th Floor
Washington, DC 20530
Tel. (202) 307-0843
Fax. (202) 307-0972

September 5, 2008

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on the 5th day of September, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph A. Pixley