# In the United States Court of Federal Claims

**No. 08-599C**
**(Filed: September 9, 2008)**

* * * * * * * * * * * * * * * * * *

**AL ANDALUS GENERAL CONTRACTOR CO.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed September 5, 2008, to amend the deadlines set by the court's August 27, 2008 order by three days is **GRANTED**. Accordingly, the deadlines are as follows:

| | |
|---|---|
| **September 11, 2008** | Defendant shall file an electronic version of the Administrative Record on CD-ROM. |
| **September 29, 2008** | Plaintiff shall filed its motion for Judgment upon the Administrative Record. |
| **October 20, 2008** | Defendant shall file its cross-motion for Judgment upon the Administrative Record and response to the plaintiff's motion. |
| **October 27, 2008** | Plaintiff shall file its response to defendant's cross-motion and reply in support of its motion. |
| **November 3, 2008** | Defendant shall file its reply in support of its cross-motion. |

The parties shall provide the court with a courtesy copy of their briefs in **non-PDF electronic format** (Wordperfect) via e-mail to the following address: "firestone_chambers@ao.uscourts.gov".

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge